ROMAN CATHOLIC CHURCH OF PORTO RICO, PLAINTIFF AND
APPELLANT v. FOURNIER, DEFENDANT AND APPELLEE.

APPEAL from the Second District Court of San Juan in
Injunction Proceedings.—Motion for Dismissal.

No. 3542.—Decided January 29, 1925.

APPEAL—FINAL JUDGMENT—QUAERE.—When an appeal is taken from a judgment
when rendered and also after it is amended later so as to impose costs, which
judgment should be considered final?

ID.—NOTICE OF APPEAL.—When notice of appeal is filed thirty-two days after
the rendition of judgment the appeal should be dismissed on motion of the
appellee.

The facts are stated in the opinion.

*Mr. H. Torres Solá* for the appellant.

*Mr. C. del Toro Fernández* for the appellee.

MR. JUSTICE FRANCO SOTO delivered the opinion of the
court.

In this case the court below rendered judgment on No-
vember 14, 1924, dismissing the complaint and on Novem-
ber 15, 1924, the plaintiff appealed. However, the appel-
lant let the ten days following the date of the notice of
appeal pass without filing a statement of the case or a mo-
tion for an extension of time or without electing to move
the court that the stenographer prepare a transcript of the
evidence.

On December 2, 1924, at the instance of the defendant,
the court amended the judgment rendered on November
14, 1924, so as to impose the costs upon the plaintiff. No-
tice of this action was given to the plaintiff on December
4, 1924, and an appeal was taken from it on January 5, 1925.

In the opposition to the motion for dismissal and at the
hearing the plaintiff insisted that as the judgment had been
substantially amended, as the imposition of costs is alleged
to be, the amended judgment is the final judgment.

At any rate it is not necessary to consider this aspect
of the matter, for even taking as a basis the date on which
the amended judgment was appealed from, the appeal was

taken too late. The order amending the original judgment was made on December 2, 1924. On December 4, 1924, notice thereof was given to the plaintiff and from that date to January 5, 1925, on which the notice of appeal was filed, thirty-two days elapsed, omitting the first and including the last day; therefore, the notice was filed too late.

The motion is sustained and the appeal dismissed.

*Appeal dismissed.*

Chief Justice Del Toro and Justices Wolf, Aldrey and Hutchison concurred.